UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELDIN RAMIC,

                        Plaintiff,

     -v-                             6:15-CV-1243
                                   (DNH/ATB)

AFSA DATA,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELDIN RAMIC,

                        Plaintiff,

     -v-                             6:15-CV-1244
                                   (DNH/ATB)

LB SECURITY,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

ELDIN RAMIC
Plaintiff, *Pro se*
727 Mary Street
Utica, NY 13501

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     *Pro se* plaintiff Eldin Ramic brought separate actions against defendants AFSA Data and LB Security alleging civil rights violations. On October 26, 2015, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that both

complaints be dismissed with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(i)-(ii). Plaintiff has submitted timely objections. See ECF No. 9 in Case No. 6:15-CV-1243 and ECF No. 8 in Case No. 6:15-CV-1244.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1. Plaintiff's complaint in Case No. 6:15-CV-1243 is **DISMISSED** in its entirety with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(i-ii) as frivolous and for failure to state a claim;

2. Plaintiff's complaint in Case No. 6:15-CV-1244 is **DISMISSED** in its entirety with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(i-ii) as frivolous and for failure to state a claim; and

3. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 23, 2015
       Utica, New York